# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>GTI CAPITAL HOLDINGS, LLC, an Arizona limited liability company dba ROCKLAND MATERIALS, G.H. Goodman Investment Companies, LLC, an Arizona Limited Liability Company,<br><br>Debtors. | In Proceedings Under Chapter 7<br><br>Case Nos. 03-07923-SSC through 03-07924-SSC<br><br>Jointly Administered<br><br>Adv. No. 07-00031<br><br>ORDER INCORPORATING MEMORANDUM DECISION OF AUGUST 30, 2007<br><br>(Opinion to Post) |
| In Re<br><br>DAVID M. REAVES, as the Trustee of GTI CAPITAL HOLDINGS, LLC, an Arizona limited liability company dba ROCKLAND MATERIALS, G.H. Goodman Investment Companies, LLC, an Arizona Limited Liability Company,<br><br>Plaintiffs,<br>vs.<br><br>COMERICA BANK-CALIFORNIA, as successor by merger to Imperial Bank,<br><br>Defendant. | |

Based upon this Court's Memorandum Decision of August 30, 2007, which is

1

incorporated herein by reference,

IT IS ORDERED denying the Defendant's Motion to Dismiss as to Counts One, Two, Three, and Four of the Trustee's Complaint. The Defendant shall now serve and file its Answer in the Adversary.

IT IS ORDERED denying the Trustee's Motion for Partial Summary Judgment as to liability on the claim of equitable subordination is denied. Although the evidence weighs strongly in favor of equitable subordination, the facts have not yet revealed the gross and egregious level of misconduct required for the Court to subordinate the Defendant's claim, nor has the Trustee alleged uncompensated damage to creditors of the estate with sufficient specificity.

IT IS FURTHER ORDERED setting a Rule 7016 hearing on the 4th day of October, 2007, at 1:30 p.m in Courtroom 701, United States Bankruptcy Court, 230 N. First Avenue, 7th Floor, Phoenix, Arizona 85003

DATED this 30th day of August, 2007.

*signature*

Honorable Sarah Sharer Curley
U. S. Bankruptcy Judge

BNC to notice.