IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>GTI CAPITAL HOLDINGS, LLC, an Arizona limited liability company dba ROCKLAND MATERIALS, G.H. Goodman Investment Companies, LLC, an Arizona Limited Liability Company,<br><br>Debtors.<br>_____<br>In Re<br><br>DAVID M. REAVES, as the Trustee of GTI CAPITAL HOLDINGS, LLC, an Arizona limited liability company dba ROCKLAND MATERIALS, G.H. Goodman Investment Companies, LLC, an Arizona Limited Liability Company,<br><br>Plaintiffs,<br>vs.<br><br>COMERICA BANK-CALIFORNIA, as successor by merger to Imperial Bank,<br><br>Defendant. | In Proceedings Under Chapter 7<br><br>Case Nos. 03-07923-SSC through 03-07924-SSC<br><br>Jointly Administered Cases<br><br>Adv. No. 03-00583;<br>Adv. No. 07-00031<br><br>ORDER INCORPORATING MEMORANDUM DECISION DATED APRIL 4, 2008 |

Based upon this Court's Memorandum Decision dated April 4, 2008, which is incorporated herein by reference:

1

1    IT IS ORDERED denying the Gooman Parties' Motion for Stay Pending Appeal.

2 This Court is unable to address the issues of mandamus, etc., which are not before it.

3    DATED this 4th day of April, 2008.

*/s/ Sarah Sharer Curley*

Honorable Sarah Sharer Curley
United States Bankruptcy Judge

8 BNC to notice.

2